United States District Court
Southern District of Texas

**ENTERED**

March 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOHN ROSAS, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00422 |
| | § | |
| HIDALGO COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT HIDALGO COUNTY'S UNOPPOSED MOTION TO SEVER

Upon consideration of Defendant Hidalgo County's Unopposed Motion to Sever (Dkt. No. 55), the Court hereby **ORDERS** that the Motion is **GRANTED**. Accordingly, the Clerk shall sever the above entitled and numbered cause into two separate cases with different cause numbers and with the following captions:

1) Jeremy Martinez vs Hidalgo County and Omar Jalomo; and

2) John Rosas, III, Saul Aguilar, Rolando Flores, and Jose Rogelio Garza vs Hidalgo County, Malik John Lee, Cristobal Espino, and Jose De Hoyos.

The parties shall amend their pleading accordingly within 21 days.

 SO ORDERED March 12, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1